# Ozark Mountain Energy, Inc.

1150 E. INDUSTRIAL DRIVE   P.O. BOX 391   MT VERNON, MISSOURI 65712 . (417) 466-7632   (866) 577-7472   FAX # (417) 466-3909

| INVOICE DATE | CUSTOMER P.O. # | ACCOUNT # | INVOICE # OR DEL TICKET # | SHIP FROM | VIA | SALESMAN |
|---|---|---|---|---|---|---|
| 05/30/12 | 7415 | 5050 | 33274 | | 212 | DH |

BILLING ADDRESS:

O & S TRUCKING INC
ATTN: LANIS
3769 E EVERGREEN
SPRINGFIELD, MO 65803

SHIPPED TO:

O & S TRUCKING INC
FAX - DO NOT MAIL
SPRINGFIELD, MO

TERMS:
  NET 10 DAYS

COUNTY CODE:
  ALL COUNTIES

## INVOICE

| MM/DD | Size/ Kind | Description | Qty Loaded | Qty Billed | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 05/30 | GALLON | 15PPM #2 ULS CLEAR DIESEL | 4602.0 | 4572.00 | 2.8804 | 13169.19 |
| | | 39057/000220/0425 | | | | |
| | | FEDERAL EXCISE DIE | | 4572.00 | .244 | 1115.57 |
| | | MISSOURI EXCISE DS | | 4572.00 | .17 | 777.24 |
| | | MISSOURI INSPECTIO | | 4572.00 | .0005 | 2.29 |
| | | FREIGHT DIESEL (Gross) | | 4602.00 | .0257 | 118.27 |
| | | MO UST FUND FEE | | 4572.00 | .0025 | 11.43 |
| | | FEDERAL OIL SPILL | | 4572.00 | .0019 | 8.69 |

"15 PPM SULFUR (MAXIMUM) UNDYED ULTRA-LOW SULFUR DIESEL FUEL FOR USE IN ALL DIESEL VEHICLES AND ENGINES.

| 05/30 | GALLON | 15 PPM #2 ULS RED DIESEL | 999.0 | 991.00 | 2.8854 | 2859.43 |
|---|---|---|---|---|---|---|
| | | 39057/000220/0425 | | | | |
| | | DYED DIESEL LUST F | | 991.00 | .001 | .99 |
| | | MISSOURI INSPECTIO | | 991.00 | .0005 | .50 |
| | | FREIGHT DIESEL (Gross) | | 999.00 | .0257 | 25.67 |
| | | MO UST FUND FEE | | 991.00 | .0025 | 2.48 |
| | | FEDERAL OIL SPILL | | 991.00 | .0019 | 1.88 |

"15 PPM SULFUR (MAXIMUM) UNDYED ULTRA-LOW SULFUR DIESEL FUEL FOR USE IN ALL DIESEL VEHICLES AND ENGINES.

| 05/30 | S | EXTRA STOP CHARGE | 1.0 | 1.00 | 25.00 | 25.00 |
|---|---|---|---|---|---|---|



EXHIBIT "B"

Tax ID Numbers:
EXEMPT MISSOURI SA         .00

"IF THE AMOUNTS DUE ARE NOT PAID WITHIN 10 DAYS, the interest shall be assessed at 1 1/2% per month. In the event the account is turned over for collection, Customer agrees to pay all cost of collection, including reasonable attorney fees and court costs."

$18,118.63

**PAY THIS AMOUNT**



RECEIVED BY: _____   File Copy   $18,118.63