IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE:                                     )
                                           )
O&S TRUCKING, INC.,                        )  Case No: 12-61003-abf11
                                           )  Chapter 11
                    Debtor.                )

### FINAL APPLICATION BY MCDOWELL RICE SMITH & BUCHANAN COUNSEL FOR DEBTOR, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD OCTOBER 17, 2013 THROUGH SEPTEMBER 18, 2014

**COMES NOW** the law firm of McDowell Rice Smith & Buchanan, counsel for Debtor O&S Trucking, Inc., and for its Final Application for Allowance of Compensation for Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period October 17, 2013 through September 18, 2014, respectfully states as follows:

### BACKGROUND

1.   On May 30, 2012, Debtor filed its voluntary Petition under Chapter 11 of the Bankruptcy Code. The Application of Debtor for Authorization to Employ McDowell, Rice, Smith & Buchanan (the "Application") was filed concurrently with the Petition. On June 22, 2012, the Court entered its Order (Doc. #89) approving the Application and authorizing the employment of McDowell, Rice, Smith & Buchanan ("MRS&B") as Debtor's counsel.

2.   On September 18, 2014, the Court conducted an evidentiary hearing on confirmation of Debtor's Third Amended Plan of Reorganization (the "Plan"). At the conclusion of the hearing, the Court announced that it was confirming the Plan and thereafter entered its Order Granting Final Approval of Third Amended Disclosure Statement and Confirming Third Amended Plan of Reorganization (As Modified).

3.   As this Chapter 11 case reached a successful conclusion on September 18 with the Court's decision to confirm the Plan, MRS&B now submits its Final Application for

Compensation relating to services rendered and costs incurred through the September 18 confirmation hearing.

**FINAL COMPENSATION REQUEST**

4. From October 17, 2013, through September 18, 2014, MRS&B devoted 875.5 hours in connection with this proceeding and now seeks this Court's Order authorizing a final allowance of compensation through confirmation as follows:

    a) $321,230.50 for legal services rendered; and

    b) $16,975.98 for actual and necessary out-of-pocket expenses incurred by MRS&B.

The foregoing amount for legal fees is reduced by a credit of $3,022.25 in order to provide a 50% reduction in the billing rate for time spent on travel to Springfield and back to Kansas City.

5. Exhibit A attached hereto and incorporated by reference is a compilation of the billings of MRS&B containing a detailed summary of the services rendered by each attorney, paralegal and law clerk in this case on behalf of Debtor. These statements provide: (i) the name of each attorney, law clerk or paraprofessional rendering services; (ii) the date on which such services were rendered; (iii) the time spent on such services; and (iv) a description of the nature of the services rendered. The itemized statements also provide a recapitulation of the aggregate hours devoted to this case by each MRS&B attorney, law clerk or paraprofessional and the aggregate value of their individual services based upon their respective usual and customary hourly billing rates.

6. The reimbursement of expenses requested by MRS&B are those expenses normally billed to the firm's clients in other cases, including other bankruptcy cases. Billing for these expenses is the standard practice for law firms in the Kansas City metropolitan area. None

2

of these expense items consist of overhead expenses of MRS&B. These requested items for reimbursement are clearly traceable and allocable to Debtor's estate.

7. The applicable standards for compensation of professionals retained by a Chapter 11 estate are governed by 11 U.S.C. § 330(a) which provides:

> (1) After notice to the parties in interest and to the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, an examiner, a professional person employed under section 327 or 1103 –
>
> (A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, professional person, or attorney, and by any paraprofessional person employed by any such person; and
>
> (B) reimbursement for actual, necessary expenses.

8. The Bankruptcy Reform Act of 1994 amended § 330 by providing, inter alia, the new subsection (a)(3)(A) which states:

> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including -
>
> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and
>
> (E) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

9. MRS&B has considerable skill and experience in the fields of bankruptcy, debtor-creditor relations, banking, corporate law and litigation, and its reputation in these areas is

3

excellent. The rates charged by MRS&B in this Application are the usual and customary hourly rates charged by MRS&B to other clients. These rates are comparable with the rates generally charged by other law firms for bankruptcy services in the Kansas City metropolitan area, and the rates are reasonable in amount.

10. MRS&B is cognizant of the fact that compensation will be paid to lawyers only for legal work and that the dollar value of a particular task is not enhanced simply because a lawyer performs it. Considerable care has been taken, therefore, to avoid the performance of purely ministerial tasks by lawyers through use of paraprofessionals and other staff where possible. MRS&B has made every effort to restrict to a minimum the number of lawyers who are substantially involved in this case so as to maximize familiarity with the subject matter and to avoid wasted time. The majority of the legal work performed in this case has been carried out by two seasoned lawyers with substantial expertise in Chapter 11 reorganizations and appellate practice.

11. No agreement exists between MRS&B and any third party for the sharing of compensation received by MRS&B in connection with this case, except as allowed by 11 U.S.C. § 504 and Bankruptcy Rule 2016 with respect to the sharing of compensation among the partners and associates of MRS&B.

12. MRS&B submits that the legal services encompassed by this Application have been reasonable and necessary in the representation of Debtor and the advancement of the interests of the bankruptcy estate. Accordingly, MRS&B requests that the Court enter its order approving the compensation herein requested and authorizing Debtor to pay the compensation as allowed by the Court.

**ACCORDINGLY**, McDowell Rice Smith & Buchanan respectfully requests this Court to enter an Order pursuant to 11 U.S.C. § 330 (1) granting this Application and approving

4

compensation in the total sum of $335,184.23 consisting of $321,230.50 as compensation for professional legal services rendered less the credit of $3,022.25 and $16,975.98 for actual and necessary out-of-pocket costs and expenses incurred and (2) authorizing Debtor to pay the compensation as allowed by the Court.

Respectfully submitted,

**MCDOWELL RICE SMITH & BUCHANAN**

/s/ Jonathan A. Margolies
Jonathan A. Margolies          MO #30770
605 W. 47th Street, Suite 350
Kansas City, MO 64112
Telephone:    (816) 753-5400
Facsimile:    (816) 753-9996
Email:        jmargolies@mcdowellrice.com
**ATTORNEYS FOR DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2014, a copy the foregoing was served via U.S. First Class mail, postage prepaid, to:

O&S Trucking, Inc.
3769 E. Evergreen
Springfield, MO 65803
*Debtor*

Jerry L. Phillips
Office of the United States Trustee
3440 Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO 64106
*U.S Trustee*

David R. Adair
Haden Cowherd & Bullock, LLC
2135 East Sunshine, Suite 203
Springfield, MO 65804-1899
*Attorneys for Thermo-King of Springfield, LLC*

David G. Asmus
Ashley L. Narsutis
Hinshaw & Culbertson, LLP
701 Market Street, Suite 1300

St. Louis, MO 63101
*Attorneys for Capital One Equipment Finance Corp f/k/a All Points Capital Corp a/k/a Capital One Equipment Leasing & Finance*

Mark T. Benedict
Husch Blackwell Sanders, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
*Attorneys for Springfield Freightliner Sales, Inc.; Wells Fargo Equipment Finance, Inc.*

J. Michael Bridges
Husch Blackwell LLP
901 St. Louis Street, Suite 1800
Springfield, MO 65806
*Attorneys for UTS of the Ozarks, Inc. d/b/a Ozark Utility and US Trailer Holdings LLC*
Michael E. Brown
Anna M. Berman
Kutak Rock LLP

5

4992036v1

1010 Grand Blvd, Suite 500
Kansas City, MO 64106-2220
*Attorneys for Great West Casualty Company*

Charles B. Cowherd
Husch Blackwell Sanders, LLP
901 St. Louis Street, Suite 1800
Springfield, MO 65806
*Attorneys for Metropolitan National Bank*

Lisa Epps Dade
Spencer Fane Britt & Browne, LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
*Attorneys for Qualcomm Enterprise Services*

Daniel D. Doyle
Lathrop & Gage LLP
7701 Forsyth Boulevard, Suite 500
Clayton, MO 63105
*Attorneys for Caterpillar Financial Services Corporation*

Douglas S. Evans
Evans & Green, LLP
1615 S. Ingram Mill Road, Building F
P.O. Box 10545
Springfield, MO 65808-0545
*Attorneys for Navistar Financial Corporation; Navistar Leasing Company; John Jacob Bogley; and Norman & Rita Teaster*

James F. Freeman, III
Swanson Midgley, LLC
4600 Madison Avenue, Suite 1100
Kansas City, MO 64112
*Attorneys for Webster Capital Finance Inc.*

Evan S. Goldstein
Updike Kelly & Spellacy, PC
100 Pearl Street, 17th Floor
Hartford, CT 06123-1277

*Attorneys for Webster Capital Finance, Inc.*

Scott B. Haines
Martin Pringle Oliver Wallace & Bauer
6900 College Blvd., Suite 700
Overland Park, KS 66211
*Attorneys for Great Western Bank*

Robert A. Hammeke
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
*Attorneys for AXIS Capital, Inc.; Peoples Capital and Leasing Corp.*

Stuart H. King
Hosmer King & Royce, LLC
313 South Glenstone Avenue
P.O. Box 1245
Springfield, MO 65801
*Attorneys for New Prime, Inc.*

Mayer S. Klein
Frankel Rubin Bond Dubin Siegel & Klein
231 South Bemiston Avenue, Suite 1111
Clayton, MO 63105
*Attorneys for Missouri Department of Transportation*

Benjamin F. Mann
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
*Attorneys for Peoples Capital and Leasing Corp.*

Danny R. Nelson
Lathrop & Gage LLP
1845 S. National Ave, P.O. Box 4288
Springfield, MO 65808-4288
*Attorneys for Caterpillar Financial*

Thomas J. O'Neal
Polsinelli
901 St. Louis Street, Suite 1200
Springfield, MO 65806

7

4992036v1

*Attorneys for James E. and Deborah L. O'Neal*

Raymond I. Plaster
Raymond I Plaster, PC
300 John Q. Hammons Pkwy, #105
Springfield, MO 65806
*Attorneys for BancorpSouth Equipment Finance; SM Trailer Leasing, LLC*

Jay Selanders
Kutak Rock, LLP
1010 Grand Boulevard, Suite 500
Kansas City, MO 64106
*Attorneys for Mercedes-Benz Financial Services USA, LLC d/b/a Daimler Truck Financial*

Jeffrey Weston Shields
Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, UT 84101
*Attorneys for Transportation Alliance Bank*

Sharon L. Stolte
Stinson Morrison Hecker LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106
*Attorneys for Transportation Alliance Bank*

David C. Stover
Gunn, Shank & Stover
9800 NW Polo Drive, Suite 100
Kansas City, MO 64153
*Attorneys for Profinium Financial, Inc.*

Deborah C. Swenson
Lommen Abdo Cle King & Stageberg
2200 IDS Center
80 S. Eighth Street

Minneapolis, MN 55402
*Attorneys for TA Operating, LLC d/b/a TravelCenters of America*

Chris M. Troppito
Troppito + Miller, LLC
105 East Fifth Street, Suite 500
Kansas City, MO 64106
*Attorneys for Stanley Shepherd, Administrator of the Estate of Frank Shepherd; Victor M. Demascolo*

Lee J. Viorel, III
Lowther Johnson, LLC
901 E. St. Louis Street, 20th Floor
Springfield, MO 65806
*Attorneys for Ozark Mountain Energy, Inc.*

Martin J. Weis
Dilworth Paxson, LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
*Attorneys for Transport International Pool, Inc.*

Desiree J. Wolford
Missouri Department of Revenue
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 64105-0475
*Attorney for Missouri Department of Revenue*

Steven J. Woolley
Erin R. Robak
McGill Gotsinder Workman & Lepp
11404 West Dodge Road, Suite 500
Omaha, NE 68154-2584
*Attorneys for Great Western Bank*

A Top Group, Inc.
2701 Washington Blvd, #2125
Bellwood, IL 60104-1936

8

4992036v1

A-Plus Trucking, LLC
2801 SE Keystone
Grimes, IA  50111

A. L. Smith Trucking, Inc.
8984 Murphy Road
Versailles, OH  45380

AAA Trailer Services
P.O. Box 795129
St. Louis, MO  63179

Action Sales and Rentals
3950 E. Kearney
Springfield, MO  65803

Advertising Plus, Inc.
2130 W. Vista
Springfield, MO  65807

Affiliated Computer Services
Michelle E. Shriro, Esq.
Singer & Levick, PC
16200 Addison Road, #140
Addison, TX  75001

Akal Express, Inc.
12337 S. Summer Tree Circle
Olathe, KS  66062

Allens, Inc.
P.O. Box 250
Siloam Springs, AR  72761

Amazing Grace Truck & Trailer Wash
P.O. Box 573
Carthage, MO  64836

Americold Logistics
10 Glenlake Pkwy, Suite 800
Atlanta, GA  30328

Apex Physical Therapy, LLC
15 Apex Drive
Highland, IL  62249

Aramark Uniform Services, Inc.
P.O. Box 60445
St. Louis, MO  63160

Aramark Uniform Services, Inc.
1200 Webster Street
Dayton, OH  45404

AT&T
208 S. Akard Street
Dallas, TX  75202

The Ohio Bell Telephone Company
AT&T Services, Inc.
James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ  07921

AT&T Teleconference Services
P.O. Box 2840
Omaha, NE  68103

B&H Industrial Service, Inc.
2645 N. LeCompte Road
Springfield, MO  65803

B&J Trucking Service, Inc.
4201 Utica-Sellersberg Road
Jeffersonville, IN  47130

Big D's Detail
2530 E. Jean
Springfield, MO  65803

Bisson Transportation, Inc.
55 Logistics Drive
Auburn, ME  04010

Blue Beacon International, Inc.
P.O. Box 856
Salina, KS  67402-0856

Braveheart Transportation
11 S. 315 Madison Street
Burr Ridge, IL  60527

9

4992036v1

Bridgestone/Firestone North
Bridgestone Americas Tire Operations, LLC
ATTN: Sue Palmer, General Counsel
535 Marriott Drive
Nashville, TN 37214

Bullhead Investments
d/b/a Kearney Street Truck Wash
2031 East Turner
Springfield, MO 65803

Burton Truck Lines, Inc.
1955 Raymond Dr., Suite 105
Northbrook, IL 60062

Butler Transport, Inc.
P.O. Box 4040
Omaha, NE 68104

Century Link-QWest
P.O. Box 52187
Phoenix, AZ 85072

Certified Express, Inc.
718 Laurel Circle
Neosho, MO 64850

Cetaris, Inc.
73 Greentree Drive, #540
Dover, DE 19904

Cintas First Aid Supplies
P.O. Box 636525
Cincinnati, OH 45263

CIT Technology Fin Serv, Inc.
Weltman Weinberg & Reis
175 S. Third Street, Suite 900
Columbus, OH 43215

City Utilities
P.O. Box 551
Springfield, MO 65801

Clarke Power Services, Inc.
Louis F. Solimine
Thompson Hine LLP
312 South Walnut Street, Suite 1400
Cincinnati, OH 45202

Columbia Freightliner Sales
P.O. Box 418050
Kansas City, MO 64141

Comdata Corporation
5301 Maryland Way
Brentwood, TN 37027

Compunet Credit Services, Inc.
94 Acoma Boulevard South, Suite 100
Lake Havasu City, AZ 86403

Connelly Mechanical, Inc.
1723 W. Mt. Vernon Street
Springfield, MO 65802

Corporate Business Systems
3348 E. Cherry Street
Springfield, MO 65802

Cross-Midwest Tire
401 S. 42nd Street
Kansas City, KS 66106

Culligan
2111 E. Central Court
Springfield, MO 65802

D&R Truck Glass
P.O. Box 806
Bellefontaine, OH 43311

Data Forms, Inc.
P.O. Box 88
Greenland, AR 72737

Daymark Solutions
7800 Shawnee Mission Pkwy, Suite 14
Shawnee Mission, KS 66202

10

4992036v1

Demars Pension Consulting, Inc.
8700 Indian Creek Pkwy, #185
Overland Park, KS 66210

Deskin Scale Co
P.O. Box 3272
Springfield, MO 65801

Doctors Urgent Care Offices
Medical Group, Inc.
935 State Route 28
Milford, OH 45150

Tim Becker
Dollar Burns & Becker, L.C.
1100 Main Street, Suite 2600
Kansas City, MO 64105

Donellon McCarthy, Inc.
Department 839
Cincinnati, OH 45269

Econolodge
3330 E. Battlefield
Springfield, MO 65804

Employee Benefits Security Admin.
James J. Purcell, Regional Director
2300 Main Street, Suite 1100
Kansas City, MO 64108-2415

Fabick Southwest Co
One Fabick Drive
Fenton, MO 63026

Federal Express Corporation
P.O. Box 94515
Palatine, IL 60094

Federal Protection
2500 N. Airport Commerce Drive
Springfield, MO 65803
FMCSA
1200 New Jersey Avenue SE
Washington, DC 20590

Freight, Inc.
P.O. Box 3206
Olathe, KS 66062

FYDA Freightliner Pittsburgh, Inc.
20 Fyda Drive
Canonsburg, PA 15317

Gateway Industrial Power, Inc.
P.O. Box 843715
Kansas City, MO 64184

Gateway Truck Plaza, Inc.
699 State Route 203
East St. Louis, IL 62201

GE Capital Retail Bank
ATTN: Bankruptcy Department
P.O. Box 960061
Orlando, FL 32896-0661

Gibson Truck Lines, L.L.C.
P.O. Box 1257
Murray, KY 42071

Glendi, Inc.
3015 East 200 North
Rochester, IN 46975

Great America Leasing Corporation
Peggy Upton, Litigation Specialist
625 First Street SE, P.O. Box 609
Cedar Rapids, IA 52406

Green Light Trucking, LLC
5455 Gravois Avenue
St. Louis, MO 63116

Greene County Collector of Revenue
940 N. Boonville Avenue
Springfield, MO 65802

H&B Springfield, LLC
d/b/a Comfort Inn
3370 E. Battlefield
Springfield, MO 65804

11

H.O. Wolding, Inc.
P.O. Box 217
Amherst, WI 54406

Highway Freight Systems, Inc.
4115 Hummingbird Lane
Bethlehem, PA 18020

Holland Enterprises, Inc.
500 Carl Olsen Street
Mapleton, ND 58059

Hormel Foods Corp
1 Hormel Place
Austin, MN 55912

Infinite Wisdom, LLC
P.O. Box 7935
Missoula, MT 59807

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Trailer & Equipment
1755 Dreman Avenue
Cincinnati, OH 45223

Jambo Safari Express, LLC
1110 Cedar Lake Court
Wylie, TX 75098

Jimster Transport, Inc.
606 Cove Road
Weiser, ID 83672

JLC Logistical Services
P.O. Box 488
Rogers, AR 72757

John Veriha Trucking, Inc.
P.O. Box 456
Marinette, WI 54143

K&K Trucking, Inc.
5100 49th Street SW
Great Falls, MT 59404

Kentucky Division of Motor Carriers
P.O. Box 2004
Frankfort, KY 40602

Kleinschmidt, Inc.
450 Lake Cook Road
Deerfield, IL 60015

Klingshirn & Sons Trucking
P.O. Box 98
Burkettsville, OH 45310

Kryger Glass
1221 Harrison
Kansas City, MO 64106

Lamplighter Convention Center
2820 N. Glenstone
Springfield, MO 65803

Landstar Ranger, Inc.
Dawn Bowers
13410 Sutton Park Drive
Jacksonville, FL 32224

Laplant Transport
P.O. Box 337
East Prairie, MO 63845

Law Offices of Rick Temple, LLC
1358 E. Kingsley, Suite D
Springfield, MO 65804

Lazerspot
P.O. Box 933785
Atlanta, GA 31193

LMS Intellibound, Inc.
6525 the Corners Parkway, Suite 520
Norcross, GA 30092

Mako Lines, Inc.
7555 Cambridge Road
Darien, IL 60561

McDowell Wrecker Service
4007 E. Kearney
Springfield, MO 65803

Mediacom
P.O. Box 5744
Carol Stream, IL 60197

Mercy Clinic Springfield
P.O. Box 2580
Springfield, MO 65801

Mesko Spotting Service
P.O. Box 35
Macungie, PA 18062

MHC Carrier Transcold
P.O. Box 879269
Kansas City, MO 64187

MHC Kenworth
P.O. Box 879269
Kansas City, MO 64187

Michael K. Forner
d/b/a Done Rite Mobile Detail
2435 E. Meadowmere Street
Springfield, MO 65804

Michelin North America, Inc.
P.O. Box 19001
Greenville, SC 29602-9001

Midwest Security, Inc.
P.O. Box 6025
Springfield, MO 65801

Minnesota Department of Revenue
Collection Division/Bankruptcy Section
P.O. Box 64447 – BKY
St. Paul, MN 55164-0447

Missouri Press Service, Inc.
ATTN: Doug Crews
802 Locust
Columbia, MO 65201

Missouri Trucking Assn
P.O. Box 1247
Jefferson City, MO 65102

Monster, Inc.
P.O. Box 90364
Chicago, IL 60696

Mox Warehouse, LLC
2421 S. Nappanee Street
Elkhart, IN 46517

MRS Trucking
19040 White Oak Lane
Green Ridge, MO 65332

National Trans, Inc.
8233 Tombstone Drive
Arlington, TX 76001

Navistar Financial Corporation
Navistar Leasing Company
ATTN: Kathleen N. Reed, Legal Dept.
2701 Navistar Drive, Suite 7-3-P23-02
Lisle, IL 60532

NBTY, Inc.
90 Orville Drive
Bohemia, NY 11716

New York State Department of Taxation
    and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

O'Reilly Automotive, Inc.
P.O. Box 9464
Springfield, MO 65801

13

4992036v1

Occupational Health Centers
of the Southwest, P.A., P.C.
P.O. Box 8750
Elkridge, MD 21075

Occupational Health Centers
of the Southwest, P.A., P.C.
P.O. Box 20127
Cranston, RI 02920

One Network Enterprises
4055 Valley View Lane, Suite 1000
Dallas, TX 75244

Ozarko Tire Service
P.O. Box 1087
West Plains, MO 65775

Palm Freight System
1717 JP Hennessy Drive
La Vergne, TN 37086

PDA, Inc.
P.O. Box 471909
Fort Worth, TX 76147

Pearson Kelly Office Products
2013 W. Woodland Street
Springfield, MO 65807

Pennsylvania Turnpike Commission
Commercial Vehicles Operation
P.O. Box 644386
Pittsburgh, PA 15264

Personal Attention Leasing
40 Karydan Court
St. Charles, MO 63301

Pilot Travel Centers, LLC
Scott Hundley
5508 Lonas Drive
Knoxville, TN 37909

Pocket Card Networks
324 6th Avenue North
Jacksonville Beach, FL 32250

Prairie Fire Coffee Roasters
10821 E. 26th Street North
Wichita, KS 67226

Prepass, a division of Xerox Company
c/o Michelle E. Shriro, Esq.,
Singer & Levick, P.C.
16200 Addison Road, #140
Addison, TX 75001

Priority Pest Control, Inc.
4050 S. Meadowlark Drive
Springfield, MO 65807

Pro Trans Logistics, Inc.
1806 Edgewood Drive
Algonquin, IL 60102

Professional Transportation
Consulting, Inc.
Koth & Gregory PC
420 North Main Street
Bloomington, IL 61701

Protel Systems & Supply, Inc.
2929 N. Eastgate Avenue
Springfield, MO 65803

Prudential Trucking, Inc.
16901 Van Dam Road
South Holland, IL 60473

Pullen Brothers, Inc.
1788 State Highway HH
Sikeston, MO 63801

Quality Truck Washes, Inc.
d/b/a XVIII Wheelers Truck Washes
100 W. Industrial Road
Fulton, MO 65251

14

4992036v1

Quick Truck Wash
43 Interstate Avenue
Russellville, AR  72802

Rama Trucking Enterprises
11301 Sycamore Lane, Unit A
Palos Hills, IL  60465

Robinett Leasing
DeLage Landen Financial Services
P.O. Box 41602
Philadelphia, PA  19101

Sajacks Transport
1989 Kremer Road
Maria Stein, OH  45860

Scorpio Trans, Inc.
8105 Carlsbad Drive
St. Louis, MO  63123

Scott's Service
P.O. Box 1008
Austin, MN  55912

Service World
1409 W. Sunshine
Springfield, MO  65807

Sioux's Transportation
P.O. Box 306
Tontitown, AR  72770

Southern Sun Electric Corp.
2303 W. Division
Springfield, MO  65802

Speedco, Inc.
P.O. Box 520
Cayuga, IN  47928

Springfield Paper
412 N. National
Springfield, MO  65802

Springfield Trailer
2929 E. Blaine
Springfield, MO  65803

St. John's Hospital
P.O. Box 504274
St. Louis, MO  63150

Standard Coffee Service
P.O. Box 952748
St. Louis, MO  63195

Stoops Freightliner
1851 W. Thompson Road
Indianapolis, IN  46217

Sturgeon Trucking, Inc.
9904 Blue Lick Road
Louisville, KY  40229-1844

T.S. Boyd Grain Logistics, Inc.
1957 E. 200 North
Washington, IN  47501

Talx Corporation
4076 Paysphere Circle
Chicago, IL  60674

The Springfield News Leader
Gannett Co., Inc.
Shelly Lucas, Law Department
7950 Jones Branch Drive
McClean, VA  22107

The Vernon Co.
P.O. Box 600, Department C
Newton, IA  50208

Thermo-King SVC, Inc.
15816 Collections Center Drive
Chicago, IL  60693

Transflo Express, LLC
4301 W. Boy Scout Blvd, Suite 550
Tampa, FL  33607

4992036v1

Transport Graphics, Inc.
836 N. Glenstone
Springfield, MO  65803

Triple X Refrigeration & Trailer
Repairs, Inc.
321 NE Industrial Drive
Aurora, IL  60504

Tyson Foods
P.O. Box 2020-CP674
Springdale, AR  72765

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA  18002

Wal Mart Stores, Inc.
1301 SE 10th Street
Bentonville, AR  72716

Wal-Mart #07-6047
181 Wal-Mart Road
Bedford, PA  15522

Wal-Mart #6065
5100 Brookhart Drive
Harrisonville, MO  64701

Wal-Mart #6077
1309 Hwy 24 East
Moberly, MO  65270

Wal-Mart #6082
3300 Sterlin Hurley Ind Hwy
Clarksville, AR  72830

Wal-Mart #7014
31 Alfred A. Piourde Pkwy
Lewiston, ME  04240

Wal-Mart #7016
10695 Freedom Trail
Gordonsville, VA  22942

Wal-Mart #7017
843 State Route 43
Wintersville, OH  43952

Wal-Mart #7055
100 Fischer Parkway
Gas City, IN  46933

Wal-Mart Stores #07-6096
300 Enterprise Road
Johnstown, NY  12095

WCA Waste Systems, Inc.
P.O. Box 553166
Detroit, MI  48255

Wicks Truck Trailers, Inc.
2135 W. Old Route 66
Strafford, MO  65757

Winder & Company, Inc.
P.O. Box 9886
Springfield, MO  65801

Windstream Nuvox, Inc.
Two North Main Street
Greenville, SC  29601

Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI  53708-8901

Yokohama Tire Corp
P.O. Box 73396
Chicago, IL  60673

4992036v1

/s/ Jonathan A. Margolies
Attorney for Debtor